

Gordon Shepherd, Huntsville, Tex., per se.

Waggoner Carr, Atty. Gen., of Texas, and Sam R. Wilson, Asst. Atty. Gen., of Texas, Austin, Tex., for respondent.

INGRAHAM, District Judge.

Petitioner has filed his motion for transfer to the Western District of Texas pursuant to Section 1404(a), Title 28 U.S.C.A., which reads as follows:

> "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action *to any other district or division where it might have been brought.*" (Emphasis supplied)

It does not appear that this is a suit which might have been brought in the Western District of Texas. Petitioner and Respondent both reside in the Southern District of Texas, Houston Division. A writ of habeas corpus may be issued only if the person whose release is sought is physically confined within the territorial limits of the court which issues it. 1 Barron & Holtzoff, Federal Practice & Procedure, 223; Ahrens v. Clark, Attorney General, 335 U.S. 188, 68 S.Ct. 1443, 92 L.Ed. 1898; Whiting v. Chew, 4 Cir., 273 F.2d 885.

The motion of petitioner to transfer to the Western District of Texas is, accordingly, denied.

True copies hereof will be forwarded by the clerk to petitioner and counsel for respondent.